IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIRKLAND WASHINGTON,

    Petitioner,

v.                                     CASE NO. 4:11cv414-SPM/CAS

KENNETH S. TUCKER,

    Respondent.
_____/

## ORDER

    THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation to Dismiss § 2254 Petition (doc.13) dated May 11, 2012. Petitioner filed an Answer to Report and Recommendation to Dismiss 2254 Petition (doc 14), which the Court will treat as an objection pursuant to Title 28, United States Code, Section 636(b)(1). Upon review, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

    2.    The § 2254petition for writ of habeas corpus filed by Kirkland Washington, challenging the judgment entered June 29, 2006, by the Second

Judicial Circuit, in and for Leon County, Florida, is summarily dismissed as untimely.

      3.    A certificate of appealability is denied. Leave to appeal in forma pauperis is denied.

      DONE AND ORDERED this 31st day of May, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 4:11cv414-SPM/CAS